B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**Western District of New York** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Consilium Company, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*f/k/a Consilium1, LLC;*<br>*f/k/a Advantage Systems Professionals, LLC* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**16-1510964** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**1955 Wehrle Drive**<br>**Williamsville, NY**<br>ZIP Code **14221** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Erie** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 490**<br>**Buffalo, NY**<br>ZIP Code **14231** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **Erie County** | |

**Type of Debtor**
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Consilium Company, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td><strong>Exhibit A</strong><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><strong>Exhibit B</strong><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)       (Date)</td></tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>    _____<br>    (Name of landlord that obtained judgment)<br><br><br><br>    _____<br>    (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Consilium Company, LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Robert B. Gleichenhaus, Esq.**
Signature of Attorney for Debtor(s)

**Robert B. Gleichenhaus, Esq.**
Printed Name of Attorney for Debtor(s)

**Gleichenhaus, Marchese & Weishaar, P.C.**
Firm Name
**930 Convention Tower**
**43 Court Street**
**Buffalo, NY 14202**

Address

**(716) 845-6446  Fax: (716) 845-6475**
Telephone Number

**February  6, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Joesph R. Kreuz**
Signature of Authorized Individual
**Joesph R. Kreuz**
Printed Name of Authorized Individual
**Partner**
Title of Authorized Individual
**February  6, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of New York

In re    **Consilium Company, LLC**        Case No. _____

Debtor(s)      Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 5D Innovations, LLC 150 Lucius Gordon Drive Suite 105 West Henrietta, NY 14586 | 5D Innovations, LLC 150 Lucius Gordon Drive Suite 105 West Henrietta, NY 14586 | Business debt | | 17,000.00 |
| 8571856 Canada Corporation 5 Essa Place Monitouwadge, ON POT 2 CO CANADA | 8571856 Canada Corporation 5 Essa Place Monitouwadge, ON POT 2 CO | Business debt | | 16,560.00 |
| APHQ, LLC PS Box 490 Williamsville, NY 14231 | APHQ, LLC PS Box 490 Williamsville, NY 14231 | Business debt | | 44,987.00 |
| Datablock, Inc. 9 Partridge Run West Windsor, NJ 08550 | Datablock, Inc. 9 Partridge Run West Windsor, NJ 08550 | Business debt | | 28,443.00 |
| Datablock, Inc. 9 Partridge Run West Windsor, NJ 08550 | Datablock, Inc. 9 Partridge Run West Windsor, NJ 08550 | Business debt | | 13,376.00 |
| Datamatics Global Services, Inc. 31572 Industrial Road Suite 400 Livonia, MI 48150 | Datamatics Global Services, Inc. 31572 Industrial Road Suite 400 Livonia, MI 48150 | Business debt | | 15,600.00 |
| Dizer Corp 192 Mentor Ave Painesville, OH 44077 | Dizer Corp 192 Mentor Ave Painesville, OH 44077 | Subsidiary liability | Contingent | 18,848.00 |
| E Retail Service 125 Belmont Pl Roswell, GA 30076 | E Retail Service 125 Belmont Pl Roswell, GA 30076 | Business debt | | 21,228.00 |
| Eric Kilfeather 911Barton Woods Road Atlanta, GA 30307 | Eric Kilfeather 911Barton Woods Road Atlanta, GA 30307 | Pending litigatoin | Unliquidated Disputed | 75,000.00 |
| HSBC Bank USA Commercial Banking Department Lobby One Hsbc Center Buffalo, NY 14203 | HSBC Bank USA Commercial Banking Department Lobby One Hsbc Center Buffalo, NY 14203 | Buseinss assets | | 1,458,817.00 (0.00 secured) |

In re   **Consilium Company, LLC**            Case No. _____

                                 Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Ingram Micro, Inc. P.O. Box 415034 Boston, MA 02241 | Ingram Micro, Inc. P.O. Box 415034 Boston, MA 02241 | Business debt | | 14,782.00 |
| KBL Group, LLC 31646 Hiddenbrook Drive Chesterfield, MI 48047 | KBL Group, LLC 31646 Hiddenbrook Drive Chesterfield, MI 48047 | Business debt | | 25,224.00 |
| KSSP Corporation, Inc. 410 Hendron Place John's Creek, GA 30005 | KSSP Corporation, Inc. 410 Hendron Place John's Creek, GA 30005 | Business debt | | 18,975.00 |
| New Ideas Group, LLC 3516 Brightstone Ct Flower Mound, TX 75022 | New Ideas Group, LLC 3516 Brightstone Ct Flower Mound, TX 75022 | Business debt | | 15,456.00 |
| NPowerN Solutions, LLC 163 Carson Ct Somerset, NJ 08873 | NPowerN Solutions, LLC 163 Carson Ct Somerset, NJ 08873 | Subsidiary liability | Contingent | 18,492.00 |
| PAETEC P.O. Box 9001013 Louisville, KY 40290 | PAETEC P.O. Box 9001013 Louisville, KY 40290 | Business debt | | 312,418.00 |
| Quintegra Solutions Limited 8433 N Black Canyon Highway Suite 100 Phoenix, AZ 85021 | Quintegra Solutions Limited 8433 N Black Canyon Highway Suite 100 Phoenix, AZ 85021 | Business debt | | 10,864.00 |
| TAMCO Capital Corporation P.O. Box 6434 Carol Stream, IL 60197 | TAMCO Capital Corporation P.O. Box 6434 Carol Stream, IL 60197 | Business debt | | 84,716.00 |
| Universe B, Inc. 10800 Clay Road #7112 Houston, TX 77041 | Universe B, Inc. 10800 Clay Road #7112 Houston, TX 77041 | Business debt | | 12,478.00 |
| Zenith Services, Inc. 4390 US Route One STE 217 Princeton, NJ 08540 | Zenith Services, Inc. 4390 US Route One STE 217 Princeton, NJ 08540 | Subsidiary liability | Contingent | 26,100.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

         I, the Partner of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **February 6, 2015**                  Signature    **/s/ Joesph R. Kreuz**

                                                          **Joesph R. Kreuz**
                                                          **Partner**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

In re   **Consilium Company, LLC** ,    Case No. _____

                                                 Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **2001+** | | | | | |
| **HSBC Bank USA Commercial Banking Department Lobby One Hsbc Center Buffalo, NY 14203** | | - | **UCC secured** **Buseinss assets** | | | | | |
| | | | Value $        **0.00** | | | | 1,458,817.00 | 1,458,817.00 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| **0** continuation sheets attached | | | Subtotal (Total of this page) | | | | 1,458,817.00 | 1,458,817.00 |
| | | | Total (Report on Summary of Schedules) | | | | 1,458,817.00 | 1,458,817.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

.

In re   **Consilium Company, LLC**                                                                    ,   Case No. _____

                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

    **2**   continuation sheets attached

Case 1-15-10213-MJK    Doc 1    Filed 02/10/15    Entered 02/10/15 16:13:56    Desc Main
Document      Page 7 of 43

In re **Consilium Company, LLC**            Case No. _____

,

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Income Tax | | | | | | |
| **State Income Tax** | - | | | | | | | **5,967.00** | |
| | | | | | | | **5,967.00** | **0.00** | |
| Account No. | | | | | | | | | |
| **Florida Department of Revenue** **P.O. Box 5906** **Tallahassee, FL 32314-5906** | | | Included in above | | | | **Notice** | | |
| Account No. | | | | | | | | | |
| **Georgia Department of Revenue** **1800 Century Blvd. NE** **Atlanta, GA 30345** | | | Included in above | | | | **Notice** | | |
| Account No. | | | | | | | | | |
| **NYS Dept. of Taxation & Finance** **Bankruptcy Unit** **PO Box 5300** **Albany, NY 12205-0300** | | | Included in above | | | | **Notice** | | |
| Account No. | | | Income tax | | | | | | |
| **Internal Revenue Service** **Insolvency Group 1** **Niagara Center, 2nd Floor** **130 South Elmwood** **Buffalo, NY 14202** | - | | | | | | | **7,057.00** | |
| | | | | | | | **7,057.00** | **0.00** | |

Sheet **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal | **13,024.00** |
| (Total of this page) **13,024.00** | **0.00** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

In re **Consilium Company, LLC** , Case No. _____
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Subsidiary Income tax | | | | | | |
| Internal Revenue Service Insolvency Group 1 Niagara Center, 2nd Floor 130 South Elmwood Buffalo, NY 14202 | X | - | | X | | | 270.00 | 270.00 | 0.00 |
| Account No. | | | Income tax | | | | | | |
| NYS Dept. of Taxation & Finance Bankruptcy Unit PO Box 5300 Albany, NY 12205-0300 | | - | | | | | 104.00 | 104.00 | 0.00 |
| Account No. | | | Subsidiary Income tax | | | | | | |
| NYS Dept. of Taxation & Finance Bankruptcy Unit PO Box 5300 Albany, NY 12205-0300 | X | - | | X | | | 58.00 | 58.00 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 432.00 | |
| (Total of this page) | 432.00 | 0.00 |
| Total | 13,456.00 | |
| (Report on Summary of Schedules) | 13,456.00 | 0.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

In re   **Consilium Company, LLC** _____ ,   Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | |
| **Account No.**<br><br>**5D Innovations, LLC**<br>**150 Lucius Gordon Drive**<br>**Suite 105**<br>**West Henrietta, NY 14586** | - | **Business debt** | | | | | | 17,000.00 |
| **Account No.**<br><br>**8571856 Canada Corporation**<br>**5 Essa Place**<br>**Monitouwadge, ON POT 2 CO**<br>**CANADA** | - | **Business debt** | | | | | | 16,560.00 |
| **Account No.**<br><br>**Advanced Technology Innovations**<br>**1034 Red Oak Road**<br>**Virginia Beach, VA 23452** | - | **Business debt** | | | | | | 7,013.00 |
| **Account No.**<br><br>**Andrew Kasza**<br>**10697 W. Centennial Pkwy #1132**<br>**Las Vegas, NV 89166** | - | **Subsidiary liability** | | | | X | | 132.00 |
| | | | | | | | Subtotal<br>(Total of this page) | 40,705.00 |

___19___ continuation sheets attached

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

S/N:31898-141124   Best Case Bankruptcy

In re   **Consilium Company, LLC**                           ,      Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Subsidiary liability | | | | |
| APHQ, LLC 5110 Main St. Suite 217 Williamsville, NY 14221 | X | - | | | X | | | 80.00 |
| Account No. | | | | Business debt | | | | |
| APHQ, LLC PS Box 490 Williamsville, NY 14231 | | - | | | | | | 44,987.00 |
| Account No. | | | | Business debt | | | | |
| AT&T Mobility - Joe P.O. Box 537104 Atlanta, GA 30353 | | - | | | | | | 616.00 |
| Account No. | | | | Business debt | | | | |
| Barracuda Networks, Inc. Dept LA 22762 Pasadena, CA 91185 | | - | | | | | | 510.00 |
| Account No. | | | | Business debt | | | | |
| Carl Smith 899 Taylor Rise Victor, NY 14564 | | - | | | | | | 101.00 |

Sheet no. __1__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **46,294.00**

In re **Consilium Company, LLC** , Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| Chiampou Travis Besaw Kershner 45 Bryant Wood North Amherst, NY 14228 | | - | | | | | | 1,400.00 |
| Account No. | | | | Business debt | | | | |
| Comcast-ATL 6805 Southpoint Parkway Jacksonville, FL 32216 | | - | | | | | | 6.00 |
| Account No. | | | | Subsidiary liability | | | | |
| Commercial Plumbing and AC P.O. Box 1125 Murrieta, CA 92564 | X | - | | | X | | | 215.00 |
| Account No. | | | | Business debt | | | | |
| Crystal Rock, LLC P.O. Box 10028 Waterbury, CT 06725 | | - | | | | | | 75.00 |
| Account No. | | | | Business debt | | | | |
| Crystal Springs P.O. Box 660579 Dallas, TX 75266 | | - | | | | | | 49.00 |

Sheet no. __2__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,745.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Consilium Company, LLC** ,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| Daniel Williams 208 North 20th Ave Hattlesburg, MS 39401 | | - | | | | | | 100.00 |
| Account No. | | | | Business debt | | | | |
| Datablock, Inc. 9 Partridge Run West Windsor, NJ 08550 | | - | | | | | | 28,443.00 |
| Account No. | | | | Business debt | | | | |
| Datablock, Inc. 9 Partridge Run West Windsor, NJ 08550 | | - | | | | | | 13,376.00 |
| Account No. | | | | Business debt | | | | |
| Datamatics Global Services, Inc. 31572 Industrial Road Suite 400 Livonia, MI 48150 | | - | | | | | | 15,600.00 |
| Account No. | | | | Subsidiary liability | | | | |
| Dataserv, Inc. 1 Tara Blvd. Suite 102 Nashua, NH 03062 | X | - | | | X | | | 2,920.00 |

Sheet no. __3__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

60,439.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re __Consilium Company, LLC__ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| Digital Rochester 620 Park Ave #393 Rochester, NY 14607 | | - | | | | | | 1,500.00 |
| Account No. | | | | Subsidiary liability | | | | |
| Dizer Corp 192 Mentor Ave Painesville, OH 44077 | X | - | | | X | | | 18,848.00 |
| Account No. | | | | Business debt | | | | |
| Duane Rensby 6700 S. Delaware Street Littleton, CO 80120 | | - | | | | | | 105.00 |
| Account No. | | | | Business debt | | | | |
| E Retail Service 125 Belmont Pl Roswell, GA 30076 | | - | | | | | | 21,228.00 |
| Account No. | | | | Business debt | | | | |
| EarthLink Business 3052 Momentum Place Chicago, IL 60689 | | - | | | | | | 1,035.00 |

Sheet no. __4__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  42,716.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Consilium Company, LLC** , Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| Eastern Managed Print Network Lock Box #3992 PO Box 8500 Philadelphia, PA 19178 | | - | | | | | | 83.00 |
| Account No. | | | | Business debt | | | | |
| Eric Alguire 7505 Corby Road Honeoye Falls, NY 14772 | | - | | | | | | 25.00 |
| Account No. | | | | Pending litigatoin | | | | |
| Eric Kilfeather 911☐☐Barton Woods Road Atlanta, GA 30307 | | - | | | | X | X | 75,000.00 |
| Account No. | | | | Representing: Eric Kilfeather | | | | |
| David S. Fried Fried & Bonder, LLC White Provision Suite 305 1170 Howell Mill Road, NW Atlanta, GA 30318 | | | | | | | | Notice Only |
| Account No. | | | | Representing: Eric Kilfeather | | | | |
| Logan B. Winkles Cannon, Mihill & Winkles, LLC Suite 3120 101 Marietta Street Atlanta, GA 30303 | | | | | | | | Notice Only |

Sheet no. __5__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **75,108.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

In re     **Consilium Company, LLC**                                          ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| **First Advantage Corporation** **P.O. Box 404064** **Atlanta, GA 30384** | - | | | | | | 140.00 |
| Account No. | | | Business debt | | | | |
| **FM Office Products** **106 Despatch Drive** **Suite 2** **East Rochester, NY 14445** | - | | | | | | 285.00 |
| Account No. | | | Business debt | | | | |
| **Frontier Communications ATL** **P.O. Box 20567** **Rochester, NY 14602** | - | | | | | | 783.00 |
| Account No. | | | Business debt | | | | |
| **Frontier Communications of America** **P.O Box 20567** **Rochester, NY 14602** | - | | | | | | 500.00 |
| Account No. | | | Business debt | | | | |
| **Frontier Telephone** **P.O. Box 20550** **Rochester, NY 14602** | - | | | | | | 46.00 |

Sheet no. __6__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,754.00

In re   **Consilium Company, LLC** ,     Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| G4S Compliance & Investigation P.O. Box 277469 Atlanta, GA 30384 | | - | | | | | | 551.00 |
| Account No. | | | | Business debt | | | | |
| Gary Shull 17 Deerhurst Ln. Webster, NY 14580 | | - | | | | | | 565.00 |
| Account No. | | | | Business debt | | | | |
| Helena Brundidge 2910 Ridge Spring Court Alpharetta, GA 30004 | | - | | | | | | 125.00 |
| Account No. | | | | Business debt | | | | |
| Ice Mountain Direct P.O. Box 856680 Louisville, KY 40285 | | - | | | | | | 23.00 |
| Account No. | | | | Business debt | | | | |
| Ingram Micro, Inc. P.O. Box 415034 Boston, MA 02241 | | - | | | | | | 14,782.00 |

Sheet no. __7__ of __19__ sheets attached to Schedule of          Subtotal               **16,046.00**
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

In re    **Consilium Company, LLC**                     ,     Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| **Jai Echols 1103 Palmer Avenue 2nd Floor Niskayuna, NY 12309** | - | | | | | | 150.00 |
| Account No. | | | Business debt | | | | |
| **Jared Noble 18 Blackwatch Trail Apt. 1 Fairport, NY 14450** | - | | | | | | 187.00 |
| Account No. | | | Business debt | | | | |
| **Jason Merton 20 Saybrook Road Simpsonville, SC 29861** | - | | | | | | 150.00 |
| Account No. | | | Business debt | | | | |
| **Jian Liu 15845 NW Energia Street Portland, OR 97229** | - | | | | | | 4,500.00 |
| Account No. | | | Business debt | | | | |
| **Jinger Sutalo 10301 S. Leavitt Street Chicago, IL 60643** | - | | | | | | 300.00 |

Sheet no. **8** of **19** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims        Subtotal (Total of this page)       **5,287.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

In re   **Consilium Company, LLC**                         ,     Case No. _____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| Katie Schwab 7384 Burton Dr Liberty Twp, OH 45044 | | - | | | | | | 150.00 |
| Account No. | | | | Business debt | | | | |
| KBL Group, LLC 31646 Hiddenbrook Drive Chesterfield, MI 48047 | | - | | | | | | 25,224.00 |
| Account No. | | | | Business debt | | | | |
| Kellycomm, Inc. 4103 Snipe Lane Land O Lakes, FL 34639 | | - | | | | | | 9,120.00 |
| Account No. | | | | Business debt | | | | |
| Kellycomm, Inc. 4103 Snipe Lane Land O Lakes, FL 34639 | | - | | | | | | 6,720.00 |
| Account No. | | | | Business debt | | | | |
| Kenneth Burchfield 1293 McGuffey Lane Batavia, OH 45103 | | - | | | | | | 75.00 |

Sheet no. __9__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                Subtotal
         (Total of this page)     **41,289.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re   **Consilium Company, LLC**                ,      Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| Kenneth L Goodman, Jr<br>120 Queen Rd.<br>Lawndale, NC 28090 | - | | | | | | 1,123.00 |
| Account No. | | | Business debt | | | | |
| KeyBank<br>P.O. Box 84075<br>Columbus, GA 31908 | - | | | | | | 816.00 |
| Account No. | | | Business debt | | | | |
| Kristen Coolbaugh<br>898 Eastbrooke Ln<br>Rochester, NY 14618 | - | | | | | | 153.00 |
| Account No. | | | Business debt | | | | |
| KSSP Corporation, Inc.<br>410 Hendron Place<br>John's Creek, GA 30005 | - | | | | | | 18,975.00 |
| Account No. | | | Business debt | | | | |
| Kyle Retek<br>1454 Slater Drive<br>South Bend, IN 46614 | - | | | | | | 75.00 |

Sheet no. __10__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

          Subtotal
    (Total of this page)        **21,142.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

In re **Consilium Company, LLC** _____, Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| LabTech Software LLC 4110 George Road Suite 200 Tampa, FL 33634 | - | | | | | | 625.00 |
| Account No. | | | Business debt | | | | |
| Larry Joyner 4361 Gilliam Church Rd. Gibsonville, NC 27249 | - | | | | | | 888.00 |
| Account No. | | | Subsidiary liability | | | | |
| Lawrence Flight 7357 Ravines Ave Las Vegas, NV 89131 | - | | | X | | | 305.00 |
| Account No. | | | Business debt | | | | |
| Leroy Crann 8612 Red Mile Trail - Apt1 Florence, KY 41042 | - | | | | | | 375.00 |
| Account No. | | | Business debt | | | | |
| Lexus Financial Services-LJ470 P.O. Box 4102 Carol Stream, IL 60197 | - | | | | | | 1,244.00 |

Sheet no. __11__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **3,437.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                       Best Case Bankruptcy

In re   **Consilium Company, LLC**         ,     Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| **MailFinance** **25881 Network Place** **Chicago, IL 60672** | - | | | | | | 309.00 |
| Account No. | | | Business debt | | | | |
| **Michael Maille** **52 Griffin Court** **Colchester, VT 05446** | - | | | | | | 75.00 |
| Account No. | | | Business debt | | | | |
| **Michael Peck** **14 Shelter Creek Lane** **Fairport, NY 14450** | - | | | | | | 1,416.00 |
| Account No. | | | Business debt | | | | |
| **Modern Leasing** **P.O. Box 6434** **Carol Stream, IL 60197** | - | | | | | | 210.00 |
| Account No. | | | Business debt | | | | |
| **Monroe Infotech** **31 Orchard Grove** **Monroe, NJ 08831** | - | | | | | | 360.00 |

Sheet no. __12__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)       **2,370.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re __Consilium Company, LLC_____ ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Business debt | | | | |
| Monster, Inc. (Main) P.O. Box 416803 Boston, MA 02241 | | - | | | | | | 4,168.00 |
| Account No. | | | | Business debt | | | | |
| Moore Technology Solutions, Inc. 3816 Button GA te Ct Lithonia, GA 30038 | | - | | | | | | 7,635.00 |
| Account No. | | | | Business debt | | | | |
| Neofunds by Neopost P.O. Box 30193 Tampa, FL 33630 | | - | | | | | | 249.00 |
| Account No. | | | | Business debt | | | | |
| New Ideas Group, LLC 3516 Brightstone Ct Flower Mound, TX 75022 | | - | | | | | | 15,456.00 |
| Account No. | | | | Subsidiary liability | | | | |
| NPowerN Solutions, LLC 163 Carson Ct Somerset, NJ 08873 | X | - | | | X | | | 18,492.00 |

Sheet no. __13__ of __19__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                         (Total of this page)      46,000.00

In re  **Consilium Company, LLC**  ,  Case No. _____

_____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W / J C | | | | | |
| Account No. | | | Business debt | | | | |
| Opportunity General, Inc. P.O. Box 490 Williamsville, NY 14231 | - | | | | | | 798,179.00 |
| Account No. 5440153 | | | Business debt | | | | |
| PAETEC P.O. Box 9001013 Louisville, KY 40290 | - | | | | | | 312,418.00 |
| Account No. | | | To be subject of 1st Day Motion pursuant to Doctrine of Necessity | | | | |
| Payroll Debtor's current payroll | - | | | | | | 156,147.00 |
| Account No. | | | To be subject of 1st Day Motion pursuant to Doctrine of Necessity | | | | |
| Payroll C1Search, LLC Subsidiary payroll | - | | | | X | | 14,578.00 |
| Account No. | | | Business debt | | | | |
| Quintegra Solutions Limited 8433 N Black Canyon Highway Suite 100 Phoenix, AZ 85021 | - | | | | | | 10,864.00 |

Sheet no. **14** of **19** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **1,292,186.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re **Consilium Company, LLC** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| Quintegra Solutions Limited 8433 N Black Canyon Highway Suite 100 Phoenix, AZ 85021 | | - | | | | | | 2,068.00 |
| Account No. | | | | Subsidiary liability | | | | |
| Ricoh USA Program P.O. Box 41564 Philadelphia, PA 19101 | X | - | | | X | | | 204.00 |
| Account No. | | | | Business debt | | | | |
| Shilpa Patel 4613 9th St NE Hickory, NC 28601 | | - | | | | | | 150.00 |
| Account No. | | | | Business debt | | | | |
| Staples Business Advantage Dept. ROC P.O. Box 415256 Boston, MA 02241 | | - | | | | | | 482.00 |
| Account No. | | | | Subsidiary liability | | | | |
| Synergy Laboratories, Inc. 4550 E. Charleston Blvd Las Vegas, NV 89104 | X | - | | | X | | | 360.00 |

Sheet no. __15__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 3,264.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re   **Consilium Company, LLC**                             ,     Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> T.R. Thomson, Inc. <br> P.O. Box 490 <br> Williamsville, NY 14231 | | - | Business debt | | | | 826,137.00 |
| Account No. <br><br> TAMCO Capital Corporation <br> P.O. Box 6434 <br> Carol Stream, IL 60197 | | - | Business debt | | | | 84,716.00 |
| Account No. <br><br> TechDigital Corporation <br> 764 Southrcross Dr W <br> Suite 202 <br> Burnsville, MN 55306 | | - | Business debt | | | | 3,520.00 |
| Account No. <br><br> The Advantage Co. <br> 1955 Wehrle Drive <br> Williamsville, NY 14221 | | - | Business debt | | | | 5,003.00 |
| Account No. <br><br> The Walker Center, LP <br> 5110 Main Street <br> Suite 217 <br> Williamsville, NY 14221 | | - | Business debt | | | | 809,743.00 |

Sheet no. __16__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal       **1,729,119.00**
(Total of this page)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy

In re **Consilium Company, LLC**                                    , Case No. _____

_____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| Thomas Hefele 1220 Hayward Ave. Cincinnati, OH 45208 | - | | | | | | 80.00 |
| Account No. | | | Business debt | | | | |
| Time Warner Cable-OVR P.O. Box 1060 Carol Stream, IL 60132 | - | | | | | | 353.00 |
| Account No. | | | Business debt | | | | |
| Tom Switzer 4065 Blue Ridge Road Batavia, OH 45103 | - | | | | | | 270.00 |
| Account No. | | | Business debt | | | | |
| Tony Walker & Co. 1955 Wehrle Drive Williamsville, NY 14221 | - | | | | | | 11,419.00 |
| Account No. | | | Business debt | | | | |
| Triad Network Technologies, Inc. 75 Victor Heights Parkway- Suite B Victor, NY 14564 | - | | | | | | 1,890.00 |

Sheet no. __17__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    14,012.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re   **Consilium Company, LLC**                       ,       Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| **U.S. Bank Equipment Finance** **P.O. Box 790448** **St. Louis, MO 63179** | - | | | | | | | 775.00 |
| Account No. | | | | Business debt | | | | |
| **United Parcel Service-ATI** **P.O. Box 7247-0244** **Philadelphia, PA 19170** | - | | | | | | | 56.00 |
| Account No. | | | | Business debt | | | | |
| **Universe B, Inc.** **10800 Clay Road #7112** **Houston, TX 77041** | - | | | | | | | 12,478.00 |
| Account No. | | | | Business debt | | | | |
| **Unum Life Insurance** **P.O. Box 403748** **Atlanta, GA 30384** | - | | | | | | | 105.00 |
| Account No. | | | | Business debt | | | | |
| **Verizon Wireless, LLC** **P.O. Box 408** **Newark, NJ 07101** | - | | | | | | | 1,064.00 |

Sheet no. __18__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **14,478.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re **Consilium Company, LLC**_____, Case No. _____

                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | Business debt | | | | |
| **Wisteria Flowers & Gifts**<br>**360 Culver Road**<br>**Rochester, NY 14607** | | - | | | | | | 74.00 |
| **Account No.** | | | | Subsidiary liability | | | | |
| **Zenith Services, Inc.**<br>**4390 US Route One**<br>**STE 217**<br>**Princeton, NJ 08540** | X | - | | | X | | | 26,100.00 |
| **Account No.** | | | | | | | | |
| | | | | | | | | |
| **Account No.** | | | | | | | | |
| | | | | | | | | |
| **Account No.** | | | | | | | | |
| | | | | | | | | |

Sheet no. __19__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 26,174.00 |
| Total (Report on Summary of Schedules) | | 3,483,565.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                         Best Case Bankruptcy

In re   **Consilium Company, LLC**           ,      Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **C-III Asset Management**<br>**186 Princeton - Hightstown Road**<br>**Building 3A, Suite 7**<br>**Princeton Junction, NJ 08550** | **Debtor leases office space at 3490 Pledmont**<br>**Road, N.E., Atlanta, Georgia** |
| **Whitney Baird Associates, LLC**<br>**The Capin Bulidng**<br>**205 St. Paul STreet, Sutie 200**<br>**Rochester, NY 14604** | **Debtor leases space at 145 Culver Road,**<br>**Rochester, New York** |

0

Continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

In re    **Consilium Company, LLC** _____,    Case No. _____

                                      Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| C1Search, LLC<br>P.O. Box 490<br>Buffalo, NY 14221 | Dataserv, Inc.<br>1 Tara Blvd.<br>Suite 102<br>Nashua, NH 03062 |
| C1Search, LLC<br>P.O. Box 490<br>Buffalo, NY 14221 | NPowerN Solutions, LLC<br>163 Carson Ct<br>Somerset, NJ 08873 |
| C1Search, LLC<br>P.O. Box 490<br>Buffalo, NY 14221 | Dizer Corp<br>192 Mentor Ave<br>Painesville, OH 44077 |
| C1Search, LLC<br>P.O. Box 490<br>Buffalo, NY 14221 | Zenith Services, Inc.<br>4390 US Route One<br>STE 217<br>Princeton, NJ 08540 |
| C1Search, LLC<br>P.O. Box 490<br>Buffalo, NY 14221 | Synergy Laboratories, Inc.<br>4550 E. Charleston Blvd<br>Las Vegas, NV 89104 |
| C1Search, LLC<br>P.O. Box 490<br>Buffalo, NY 14221 | APHQ, LLC<br>5110 Main St.<br>Suite 217<br>Williamsville, NY 14221 |
| C1Search, LLC<br>P.O. Box 490<br>Buffalo, NY 14221 | Commercial Plumbing and AC<br>P.O. Box 1125<br>Murrieta, CA 92564 |
| C1Search, LLC<br>P.O. Box 490<br>Buffalo, NY 14221 | Ricoh USA Program<br>P.O. Box 41564<br>Philadelphia, PA 19101 |
| C1Search, LLC<br>P.O. Box 490<br>Buffalo, NY 14221 | Internal Revenue Service<br>Insolvency Group 1<br>Niagara Center, 2nd Floor<br>130 South Elmwood<br>Buffalo, NY 14202 |
| C1Search, LLC<br>P.O. Box 490<br>Buffalo, NY 14221 | NYS Dept. of Taxation & Finance<br>Bankruptcy Unit<br>PO Box 5300<br>Albany, NY 12205-0300 |

**0**    continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Western District of New York

In re __Consilium Company, LLC__        Case No. _____

Debtor(s)      Chapter    __11__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Partner of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___32___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __February 6, 2015__        Signature    __/s/ Joesph R. Kreuz__

                                                  **Joesph R. Kreuz**
                                                  **Partner**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of New York

In re    **Consilium Company, LLC**          Case No.

                                         Debtor(s)         Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Partner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **February  6, 2015**                   **/s/ Joesph R. Kreuz**

                                              **Joesph R. Kreuz**/**Partner**
                                              Signer/Title

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

5D Innovations, LLC
150 Lucius Gordon Drive
Suite 105
West Henrietta, NY 14586


8571856 Canada Corporation
5 Essa Place
Monitouwadge, ON POT 2 CO
CANADA


Advanced Technology Innovations
1034 Red Oak Road
Virginia Beach, VA 23452


Andrew Kasza
10697 W. Centennial Pkwy #1132
Las Vegas, NV 89166


APHQ, LLC
5110 Main St.
Suite 217
Williamsville, NY 14221


APHQ, LLC
PS Box 490
Williamsville, NY 14231


AT&T Mobility - Joe
P.O. Box 537104
Atlanta, GA 30353


Barracuda Networks, Inc.
Dept LA 22762
Pasadena, CA 91185


C-III Asset Management
186 Princeton - Hightstown Road
Building 3A, Suite 7
Princeton Junction, NJ 08550


C1Search, LLC
P.O. Box 490
Buffalo, NY 14221

Carl Smith
899 Taylor Rise
Victor, NY 14564


Chiampou Travis Besaw Kershner
45 Bryant Wood North
Amherst, NY 14228


Comcast-ATL
6805 Southpoint Parkway
Jacksonville, FL 32216


Commercial Plumbing and AC
P.O. Box 1125
Murrieta, CA 92564


Crystal Rock, LLC
P.O. Box 10028
Waterbury, CT 06725


Crystal Springs
P.O. Box 660579
Dallas, TX 75266


Daniel Williams
208 North 20th Ave
Hattlesburg, MS 39401


Datablock, Inc.
9 Partridge Run
West Windsor, NJ 08550


Datamatics Global Services, Inc.
31572 Industrial Road
Suite 400
Livonia, MI 48150


Dataserv, Inc.
1 Tara Blvd.
Suite 102
Nashua, NH 03062

David S. Fried
Fried & Bonder, LLC
White Provision Suite 305
1170 Howell Mill Road, NW
Atlanta, GA 30318


Digital Rochester
620 Park Ave #393
Rochester, NY 14607


Dizer Corp
192 Mentor Ave
Painesville, OH 44077


Duane Rensby
6700 S. Delaware Street
Littleton, CO 80120


E Retail Service
125 Belmont PI
Roswell, GA 30076


EarthLink Business
3052 Momentum Place
Chicago, IL 60689


Eastern Managed Print Network
Lock Box #3992 PO
Box 8500
Philadelphia, PA 19178


Eric Alguire
7505 Corby Road
Honeoye Falls, NY 14772


Eric Kilfeather
911  Barton Woods Road
Atlanta, GA 30307


First Advantage Corporation
P.O. Box 404064
Atlanta, GA 30384

Florida Department of Revenue
P.O. Box 5906
Tallahassee, FL 32314-5906


FM Office Products
106 Despatch Drive
Suite 2
East Rochester, NY 14445


Frontier Communications ATL
P.O. Box 20567
Rochester, NY 14602


Frontier Communications of America
P.O Box 20567
Rochester, NY 14602


Frontier Telephone
P.O. Box 20550
Rochester, NY 14602


G4S Compliance & Investigation
P.O. Box 277469
Atlanta, GA 30384


Gary Shull
17 Deerhurst Ln.
Webster, NY 14580


Georgia Department of Revenue
1800 Century Blvd. NE
Atlanta, GA 30345


Helena Brundidge
2910 Ridge Spring Court
Alpharetta, GA 30004


HSBC Bank USA
Commercial Banking Department
Lobby One Hsbc Center
Buffalo, NY 14203


Ice Mountain Direct
P.O. Box 856680
Louisville, KY 40285

Ingram Micro, Inc.
P.O. Box 415034
Boston, MA 02241


Internal Revenue Service
Insolvency Group 1
Niagara Center, 2nd Floor
130 South Elmwood
Buffalo, NY 14202


Jai Echols
1103 Palmer Avenue
2nd Floor
Niskayuna, NY 12309


Jared Noble
18 Blackwatch Trail Apt. 1
Fairport, NY 14450


Jason Merton
20 Saybrook Road
Simpsonville, SC 29861


Jian Liu
15845 NW Energia Street
Portland, OR 97229


Jinger Sutalo
10301 S. Leavitt Street
Chicago, IL 60643


Katie Schwab
7384 Burton Dr
Liberty Twp, OH 45044


KBL Group, LLC
31646 Hiddenbrook Drive
Chesterfield, MI 48047


Kellycomm, Inc.
4103 Snipe Lane
Land O Lakes, FL 34639

Kenneth Burchfield
1293 McGuffey Lane
Batavia, OH 45103


Kenneth L Goodman, Jr
120 Queen Rd.
Lawndale, NC 28090


KeyBank
P.O. Box 84075
Columbus, GA 31908


Kristen Coolbaugh
898 Eastbrooke Ln
Rochester, NY 14618


KSSP Corporation, Inc.
410 Hendron Place
John's Creek, GA 30005


Kyle Retek
1454 Slater Drive
South Bend, IN 46614


LabTech Software LLC
4110 George Road
Suite 200
Tampa, FL 33634


Larry Joyner
4361 Gilliam Church Rd.
Gibsonville, NC 27249


Lawrence Flight
7357 Ravines Ave
Las Vegas, NV 89131


Leroy Crann
8612 Red Mile Trail - Apt1
Florence, KY 41042


Lexus Financial Services-LJ470
P.O. Box 4102
Carol Stream, IL 60197

Logan B. Winkles
Cannon, Mihill & Winkles, LLC
Suite 3120
101 Marietta Street
Atlanta, GA 30303


MailFinance
25881 Network Place
Chicago, IL 60672


Michael Maille
52 Griffin Court
Colchester, VT 05446


Michael Peck
14 Shelter Creek Lane
Fairport, NY 14450


Modern Leasing
P.O. Box 6434
Carol Stream, IL 60197


Monroe Infotech
31 Orchard Grove
Monroe, NJ 08831


Monster, Inc. (Main)
P.O. Box 416803
Boston, MA 02241


Moore Technology Solutions, Inc.
3816 Button GA
te Ct
Lithonia, GA 30038


Neofunds by Neopost
P.O. Box 30193
Tampa, FL 33630


New Ideas Group, LLC
3516 Brightstone Ct
Flower Mound, TX 75022

NPowerN Solutions, LLC
163 Carson Ct
Somerset, NJ 08873


NYS Dept. of Taxation & Finance
Bankruptcy Unit
PO Box 5300
Albany, NY 12205-0300


Opportunity General, Inc.
P.O. Box 490
Williamsville, NY 14231


PAETEC
P.O. Box 9001013
Louisville, KY 40290


Quintegra Solutions Limited
8433 N Black Canyon Highway
Suite 100
Phoenix, AZ 85021


Ricoh USA Program
P.O. Box 41564
Philadelphia, PA 19101


Shilpa Patel
4613 9th St NE
Hickory, NC 28601


Staples Business Advantage
Dept. ROC
P.O. Box 415256
Boston, MA 02241


Synergy Laboratories, Inc.
4550 E. Charleston Blvd
Las Vegas, NV 89104


T.R. Thomson, Inc.
P.O. Box 490
Williamsville, NY 14231

TAMCO Capital Corporation
P.O. Box 6434
Carol Stream, IL 60197


TechDigital Corporation
764 Southrcross Dr W
Suite 202
Burnsville, MN 55306


The Advantage Co.
1955 Wehrle Drive
Williamsville, NY 14221


The Walker Center, LP
5110 Main Street
Suite 217
Williamsville, NY 14221


Thomas Hefele
1220 Hayward Ave.
Cincinnati, OH 45208


Time Warner Cable-OVR
P.O. Box 1060
Carol Stream, IL 60132


Tom Switzer
4065 Blue Ridge Road
Batavia, OH 45103


Tony Walker & Co.
1955 Wehrle Drive
Williamsville, NY 14221


Triad Network Technologies, Inc.
75 Victor Heights Parkway- Suite B
Victor, NY 14564


U.S. Bank Equipment Finance
P.O. Box 790448
St. Louis, MO 63179


United Parcel Service-ATl
P.O. Box 7247-0244
Philadelphia, PA 19170

Universe B, Inc.
10800 Clay Road #7112
Houston, TX 77041


Unum Life Insurance
P.O. Box 403748
Atlanta, GA 30384


Verizon Wireless, LLC
P.O. Box 408
Newark, NJ 07101


Whitney Baird Associates, LLC
The Capin Bulidng
205 St. Paul STreet, Sutie 200
Rochester, NY 14604


Wisteria Flowers & Gifts
360 Culver Road
Rochester, NY 14607


Zenith Services, Inc.
4390 US Route One
STE 217
Princeton, NJ 08540